UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDA WILLCUTT                                    CIVIL ACTION

VERSUS

COMM'R OF SOCIAL SECURITY            NO. 19-00854-BAJ-EWD

## RULING AND ORDER

On January 24, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 30, the "R&R")**, recommending that the final decision of the Acting Commissioner of Social Security be affirmed, and that the above-captioned action be dismissed with prejudice. No objections to the R&R were timely filed.

Having carefully considered Plaintiff's Complaint (Doc. 1), Defendant's Answer (Doc. 27), the Magistrate Judge's R&R (Doc. 30), and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that, under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security be and is hereby **AFFIRMED**.

IT IS FURTHER ORDERED that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 8th day of February, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA